# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                                    CASE NO.    10-06881 ESL
PRORAMA, INC
          Debtor                          CHAPTER    11


## DEBTOR'S MONTHLY FINANCIAL REPORTS (BUSINESS)

## FOR THE PERIOD

FROM  SEPTEMBER 1st, 2010    TO    SEPTEMBER 30th, 2010

**COMES NOW** the above-named Debtor and files its Periodic Financial Reports in accordance with the Guidelines established by the United States Trustee, and FRBP 2015.


**CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

    I HEREBY certify that by regular first class mail I have notified to all creditors and parties in interest to their addresses of record and to the U.S. Trustee a copy of **Debtor's Periodic Financial Report** for the month of September 1st, 2010 to September 30th, 2010.

    IN SAN JUAN, Puerto Rico, this 19th day of October, 2010.

_/s/ Modesto Bigas Mendez_
Attorney for Debtor
**MODESTO BIGAS MENDEZ**
USDC-PR 129507
Attorney's Address and phone number:
P. O. Box 7462
Ponce, P.R. 00732-7462
modestobigas@yahoo.com
Tel. 787-844-1444; Fax 787-842-4090

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING ___9/1/10___ AND ENDING ___9/30/10___

Name of Debtor: Provama, Inc.
Date of Petition: 7/31/10

Case Number 10-06881-11

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 1554.96 (a) | _____ (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | 18,207.18 | _____ |
| Minus: Cash Refunds | (-) — | _____ |
| Net Cash Sales | 18,207.18 | _____ |
| B. Accounts Receivable | 17,592.85 | _____ |
| C. Other Receipts *(See MOR-3)* | 3000.— | _____ |
| (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 38,800.03 | _____ |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 40,354.99 | _____ |
| 5. DISBURSEMENTS: | | |
| A. Advertising | _____ | _____ |
| B. Bank Charges | 305.30 | _____ |
| C. Contract Labor | _____ | _____ |
| D. Fixed Asset Payments (not incl. in "N") | _____ | _____ |
| E. Insurance | _____ | _____ |
| F. Inventory Payments *(See Attach. 2)* | _____ | _____ |
| G. Leases | _____ | _____ |
| H. Manufacturing Supplies | _____ | _____ |
| I. Office Supplies | _____ | _____ |
| J. Payroll - Net *(See Attachment 4B)* | 18,374.70 | _____ |
| K. Professional Fees (Accounting & Legal) | _____ | _____ |
| L. Rent | _____ | _____ |
| M. Repairs & Maintenance | _____ | _____ |
| N. Secured Creditor Payments *(See Attach. 2)* | _____ | _____ |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 10,520.31 | _____ |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | 8,517.67 | _____ |
| Q. Taxes Paid - Other *(See Attachment 4C)* | 978.49 | _____ |
| R. Telephone | _____ | _____ |
| S. Travel & Entertainment | _____ | _____ |
| Y. U.S. Trustee Quarterly Fees | _____ | _____ |
| U. Utilities | _____ | _____ |
| V. Vehicle Expenses | _____ | _____ |
| W. Other Operating Expenses *(See MOR-3)* | _____ | _____ |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 38,696.47 | _____ |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 1658.52 (c) | _____ (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __18__ day of __Oct__, 20 __10__

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c) These two amounts will always be the same if form is completed correctly.

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Transf de Const CranesSE | 3000.00 | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: _Provamo, Inc._ Case Number: _10-06881-11_

Reporting Period beginning _9/1/10_ Period ending _9/30/10_

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

## ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | |
|---|---|
| Beginning of Month Balance | $ 140312.21 (a) |
| PLUS: Current Month New Billings | 27 540.26 |
| MINUS: Collection During the Month | $ 38 360.07 (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $            * |
| End of Month Balance | $ 129492.40 (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

## POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ 28,496.54 | $ 9,138.07 | $ 7620.76 | $ 84236.73 | $ 129492.40 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

MOR-4

**PRORAMA, INC.**

AR Customer Aging by Due Date (Summary)

Report Date: 9/30/10

| Cust ID | Customer Name | 0 - 30 08/31 - 09/30 | 31 - 60 08/01 - 08/30 | Days Old 61 - 90 07/02 - 07/31 | 91 - 120 06/02 - 07/01 | 121 + all prior - 06/01 | Balance | Unapplied | Net Due |
|---|---|---|---|---|---|---|---|---|---|
| AS001 | ADALI SALGADO | $1,245.48 | $0.00 | $0.00 | $1,251.90 | $1,140.90 | $3,638.28 | $0.00 | $3,638.28 |
| BA02 | BETTEROAD ASPHALT | $0.00 | $0.00 | $0.00 | $4,851.80 | $97.75 | $4,949.55 | $0.00 | $4,949.55 |
| COSE1 | CONSTRUCTORA ORAMA | $9,597.90 | $1,255.11 | $0.00 | $0.00 | $0.00 | $10,853.01 | $0.00 | $10,853.01 |
| CR003 | CONSTRUCTORA RIVERA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DU001 | DURANGO | $0.00 | $0.00 | $0.00 | $0.00 | $1,928.68 | $1,928.68 | $0.00 | $1,928.68 |
| EP002 | EDUARDO PEREZ | $0.00 | $0.00 | $0.00 | $0.00 | $382.22 | $382.22 | $0.00 | $382.22 |
| EPS01 | ENG PARTS & SERVICES | $4,336.71 | $5,546.08 | $0.00 | $0.00 | $0.00 | $9,882.79 | $0.00 | $9,882.79 |
| FM001 | FACT MISCELANEOS | $710.48 | $0.00 | $0.00 | $3,184.32 | $11,152.84 | $15,047.64 | $0.00 | $15,047.64 |
| GP001 | GONZALEZ POWER | $3,542.77 | $898.80 | $0.00 | $2,486.06 | $0.00 | $6,927.63 | $0.00 | $6,927.63 |
| HOT01 | CANO VERDE READY | $0.00 | $0.00 | $883.20 | $0.00 | $0.00 | $883.20 | $0.00 | $883.20 |
| IC001 | ISMAEL RENTAL | $481.50 | $0.00 | $256.80 | $0.00 | $1,584.08 | $2,322.38 | $0.00 | $2,322.38 |
| JR001 | JOSE RIOS MONTALVO | $0.00 | $1,438.08 | $0.00 | $0.00 | $0.00 | $1,438.08 | $0.00 | $1,438.08 |
| MJ001 | MUNICIPIO DE JAYUYA | $4,094.00 | $0.00 | $3,301.00 | $17,194.00 | $9,649.00 | $34,238.00 | $0.00 | $34,238.00 |
| MRG01 | MRG CONSTRUCTION | $0.00 | $0.00 | $0.00 | $0.00 | $1,673.48 | $1,673.48 | $0.00 | $1,673.48 |
| MU001 | MUNICIPIO DE UTUADO | $4,488.00 | $0.00 | $0.00 | $492.00 | $21,467.00 | $26,447.00 | $0.00 | $26,447.00 |
| MVS01 | M&V STEEL CONTRACTOR | $0.00 | $0.00 | $0.00 | $0.00 | $3,556.00 | $3,556.00 | $0.00 | $3,556.00 |
| OP001 | TRANSP. Y OBRAS PUBLICAS | $0.00 | $0.00 | $0.00 | $0.00 | $1,438.50 | $1,438.50 | $0.00 | $1,438.50 |
| REVA1 | REVA CONSTRUCTION | $0.00 | $0.00 | $0.00 | $706.20 | $0.00 | $706.20 | $0.00 | $706.20 |
| SDA01 | S. D. A. INCORPORADO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| SIA01 | SANTA ISABEL ASPHALT | $0.00 | $0.00 | $1,099.00 | $0.00 | $0.00 | $1,099.00 | $0.00 | $1,099.00 |
| TR001 | TRANSPORTE RODRIGUEZ | $0.00 | $0.00 | $2,080.76 | $0.00 | $0.00 | $2,080.76 | $0.00 | $2,080.76 |
| | **AGING TOTALS:** | **$28,496.84** | **$9,138.07** | **$7,620.76** | **$30,166.28** | **$54,070.45** | **$129,492.40** | **$0.00** | **$129,492.40** |
| | **AGING PERCENTAGES:** | 22.01% | 7.06% | 5.89% | 23.30% | 41.76% | 100.00% | | |

TOTAL AGING BALANCE:     $129,492.40

TOTAL PAYMENTS ON ACCOUNT:     $0.00

**LEDGER BALANCE:**     **$129,492.40**

TOTAL DEPOSITS WITH ORDER:     $0.00

**REPORT BALANCE:**     **$129,492.40**

**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: <u>Prorama, Inc</u>  Case Number: <u>10-06881-11</u>

Reporting Period beginning <u>9/1/10</u>  Period ending <u>9/30/10</u>

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. <u>Do not</u> include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

## POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | Desarrolladore, JC | 12722.00 |
| | | | Cremera Rosado | 13692.00 |
| | | | Elefante Poro | 9325.71 |
| | | | Agregados Pied Rlcs. | 6437.12 |
| | | | Cons pro | 1580.00 |
| | | | Const Orama, SE. | 24883.78 |

TOTAL AMOUNT  54790.61 (b)

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

## ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | | |
|---|---|---|
| Opening Balance | $ 21638.84 | (a) |
| PLUS: New Indebtedness Incurred This Month | $ 120397.63 | |
| MINUS: Amount Paid on Post Petition, | - 21038.84 | |
| Accounts Payable This Month | $ 120397.63 | |
| PLUS/MINUS: Adjustments | $ 65607.02 | * (Intercto Pro y Case) |
| Ending Month Balance | $ 54790.61 | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

## SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| GI Portable | | | | |
| Cantera Gabriela | | | | |
| Cantera Martino | | | | |
| Dorex P.R. | | | | |
| PR Cement | | | | |
| TOTAL COSE | | (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: _Prorama, Inc._   Case Number: _10-06881-11_

Reporting Period beginning _9|1|10_   Period ending _9/30/10_

## INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:     $ _____
INVENTORY RECONCILIATION:
    Inventory Balance at Beginning of Month     $ _____ (a)
        PLUS: Inventory Purchased During Month     $ _____
        MINUS: Inventory Used or Sold     $ _____
        PLUS/MINUS: Adjustments or Write-downs     $ _____ *
    Inventory on Hand at End of Month     $ _____

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____ % | _____ % | _____ % | _____ % = | _____ 100%* |

* Aging Percentages must equal 100%.

☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

---

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month     $ _____ (a)(b)
    MINUS: Depreciation Expense     $ _____
    PLUS: New Purchases     $ _____
    PLUS/MINUS: Adjustments or Write-downs     $ _____ *
Ending Monthly Balance     $ _____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD: _____
_____

(a)This number is carried forward from last month's report. For the first report only, this number will be the
    balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

# ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Panorama, Inc.    Case Number: 10-06881-11

Reporting Period beginning 9/1/10    Period ending 9/30/10

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: B.P.P. Rico    BRANCH: Jayuya

ACCOUNT NAME: Panorama Inc DI-P Operating   ACCOUNT NUMBER: 162-144679

PURPOSE OF ACCOUNT: ____OPERATING____

| | |
|---|---|
| Ending Balance per Bank Statement | $ 147.92 |
| Plus Total Amount of Outstanding Deposits | $ — |
| Minus Total Amount of Outstanding Checks and other debits | $ — * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ 147.92 **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____

---

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$ 4000.00 Transferred to Payroll Account
$ 8262.00 Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: _Proramo, Inc_     Case Number: _10-06881-11_

Reporting Period beginning _9/1/10_     Period ending _9/30/10_

NAME OF BANK: _BPPR_     BRANCH: _Jayuya_

ACCOUNT NAME: _Proramo, Inc. DIP Cta. General_

ACCOUNT NUMBER: _162-144679_

PURPOSE OF ACCOUNT: _OPERATING_

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 9/14/10 | 1001 | Mun. Utdo | IVU | 607.32 |
| 9/14 | 1002 | Mun. Utdo | IVU | 501.35 |
| 9/10 | 1003 | Secr. Hdo. | IVU Estatal | 7409.00 |
| 9/10 | 1003 | Secr. Hdo. | IVU Estatal (Dev.) | (7409.00) |
| 9/15 | 1003 | Secr. Hdo. | IVU Estatal | 7409.00 |
| 9/15 | 1003 | Secr. Hdo. | IVU Estatal (Dev.) | (7409.00) |
| 9/14 | Transf | Cta. Nomina | 162-144687 | 4000.00 |
| 9/14 | Transf | Cta. Impuestos | 162-144695 | 826.68 |
| 9/15 | Transf | Cta. General | 162-120389 Cta General | 7250: (para pago IVU estatal) |
|  |  |  | Cargos bancarios | 40.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL     $ 20661.35

 **BANCO POPULAR.**

**Estado Bancario**

Desde:

| 01 de septiembre de 2010 |

Hasta:

| 30 de septiembre de 2010 |

PRORAMA INC DIP CTA GENERAL <sup>26629</sup>
PO BOX 363
JAYUYA PR 00664-0363

**FLEXICUENTA DE NEGOCIOS**

Página 1

Número de Cuenta

**162-144679**

| PRORAMA INC DIP CTA GENERAL |

# Resumen de su FlexiCuenta

## ▌FlexiCheques

| | | | |
|---|---|---|---|
| Balance Inicial | | | $0.00 |
| 04 Depósitos | | + | 35,627.27 |
| 09 Retiros | | - | 35,469.35 |
| Cargos por Servicios | | - | 10.00 |
| | Balance Final | | $147.92 |

# Detalle de la actividad de su FlexiCuenta

## ▌FlexiCheques | Balance inicial | $0.00 |

### Depósitos

*Hojas de Depósito*

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-09 | 110620790 | Depósito | 20,680.87 |
| 09-21 | 220603758 | Depósito | 128.40 |
| | | 02 Total de hojas de depósito | $20,809.27 |

*Otros Créditos*

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-10 | | Cheque Devuelto-fnd00000001003 | 7,409.00 |
| 09-15 | | Cheque Devuelto SF 00000001003 | 7,409.00 |
| | | 02 Total de otros depósitos | 14,818.00 |
| | | 04 Total de depósitos | $35,627.27 |

### Retiros

*Cheques Pagados*

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00001001 | 09-14 | 110811405 | 607.32 | 00001003 | 09-10 | 220412805 | 7,409.00 |
| 00001002 | 09-14 | 110811404 | 501.35 | 00001003 | 09-15 | 220502823 | 7,409.00 |
| | | | | 04 Cheques Pagados | | | $15,926.67 |

TELEBANCO COMERCIAL le ofrece la forma mas rápida y eficiente de obtener información de sus cuentas comerciales sin tener que visitar o llamar a la sucursal.

Usted puede obtener información de:

- Balances en sus cuentas
- Balance en FlexiLínea
- Cheques pagados
- 10 últimos depósitos
- Préstamos comerciales

A través de TeleBanco Comercial también puede accesar TelePago (solo clientes con tarjeta ATH), y recibir apoyo de Web Cash Manager.

Llame al 756-9130 ó 1-888-756-9130

AUS0066-000026029

# BANCO POPULAR

FLEXICUENTA DE NEGOCIOS

Número de Cuenta
**162-144679**

PRORAMA INC DIP CTA GENERAL

## Retiros (continuación)

### Otros Débitos

| Fecha | Referencia | Descripción | | Cantidad |
|-------|-----------|-------------|---|----------|
| 09-10 | 220412805 | Cargo Cheque Devuelto FND | | 15.00 |
| 09-14 | 57005586875 | Pago<br>Prorama Inc | Transfer Id<br>Acct Trans | 8,262.68 |
| 09-14 | 57005586877 | Pago<br>Prorama Inc | Transfer Id<br>Acct Trans | 4,000.00 |
| 09-15 | 58005964481 | Pago<br>Prorama Inc | Transfer Id<br>Acct Trans | 7,250.00 |
| 09-15 | 220502823 | Cargo Cheque Devuelto SF | | 15.00 |
| | | 05 Total de otros retiros | | $19,542.68 |
| | | 09 Total de retiros | | $35,469.35 |

## Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|-------------|---|-------------------|----------|
| Mantenimiento FlexiCheques | | | 10.00 |
| 02 Hojas de Depósito | | | |
| 04 Cheque Pagados | | | |
| 00 Transacciones en Exceso de | 35 | 0.50 | 0.00 |
| | Total de Cargos para este Período | | $10.00 |
| | Balance Final | | $147.92 |

## Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|-------|-------------------|---------------------|-------|-------------------|---------------------|
| 09-01 | 0.00 | 0.00 | 09-17 | 29.52 | 29.52 |
| 09-02 | 0.00 | 0.00 | 09-20 | 29.52 | 29.52 |
| 09-03 | 0.00 | 0.00 | 09-21 | 157.92 | 157.92 |
| 09-07 | 0.00 | 0.00 | 09-22 | 157.92 | 157.92 |
| 09-08 | 0.00 | 0.00 | 09-23 | 157.92 | 157.92 |
| 09-09 | 20,680.87 | 1,000.00 | 09-24 | 157.92 | 157.92 |
| 09-10 | 20,665.87 | 985.00 | 09-27 | 157.92 | 157.92 |
| 09-13 | 20,665.87 | 20,665.87 | 09-28 | 157.92 | 157.92 |
| 09-14 | 7,294.52 | 7,294.52 | 09-29 | 157.92 | 157.92 |
| 09-15 | 29.52 | 29.52 | 09-30 | 147.92 | 147.92 |
| 09-16 | 29.52 | 29.52 | | | |

Su balance mínimo durante este período fue: $29.52

Su próximo estado será el 29 de octubre de 2010

# MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: _Pinama, Inc._  Case Number: _10-06881-11_

Reporting Period beginning _9/1/10_  Period ending _9/30/10_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _BPPR_  BRANCH: _Jayuya_

ACCOUNT NAME: _Pinama, Inc. Cta. N_  ACCOUNT NUMBER: _162-120397_
PURPOSE OF ACCOUNT: _____ PAYROLL

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ _273_ | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ _273_ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: _Piraña, Inc._    Case Number: _10-06881-11_

Reporting Period beginning _9/1/10_    Period ending _9/30/10_

NAME OF BANK: _BPP Rico_    BRANCH: _Hayuys_

ACCOUNT NAME: _Piraña, Inc. cta. de Nóminas_

ACCOUNT NUMBER: _162-120397_

PURPOSE OF ACCOUNT: _PAYROLL_

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| 9/1/10 | 2251 | Piraña Inc DIP | impuestos 162-144695 | 1,264.78 |
| 9/__/10 | Varios 2229 | Nómina | Nómina (vea anejo cks) | 5334.65 |
| 9/29/10 | 2229 | | ck Rigoberto Marrero | 53.73 |
| | | | nómina . ck Daniel to NSF | (53.73) de la página Cash |
| 9/3/10 | | Dep. Directo | Nómina | 1471.04 |
| 9/3/10 | | Transf. | ASUME | 818.49 |
| 9/15 | | Transf. a cta | 162-120389 ctra general | 159.00 |
| | | | Cargos bancarios | 165.30 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL       $ 9213.26



# Estado Bancario

16C

**Desde:**
01 de septiembre de 2010

**Hasta:**
30 de septiembre de 2010

PRORAMA INC
CTA DE NOMINAS
PO BOX 363
JAYUYA PR 00664-0363

26600

### FLEXICUENTA DE NEGOCIOS

Página 1

**Número de Cuenta**
**162-120397**

PRORAMA INC

## Resumen de su FlexiCuenta

### ▌FlexiCheques

| | | |
|---|---|---|
| Balance Inicial | | $1,554.96 |
| 03 Depósitos | + | 7,739.34 |
| 23 Retiros | - | 9,131.85 |
| Cargos por Servicios | - | 135.14 |
| **Balance Final** | | **$27.31** |

> **TELEBANCO COMERCIAL** le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales sin tener que visitar o llamar a la sucursal.
>
> Usted puede obtener información de:
>
> - Balances en sus cuentas
> - Balance en FlexiLínea
> - Cheques pagados
> - 10 últimos depósitos
> - Préstamos comerciales

## Detalle de la actividad de su FlexiCuenta

### ▌FlexiCheques

**Balance inicial**      $1,554.96

> A través de TeleBanco Comercial también puede accesar TelePago (solo clientes con tarjeta ATH), y recibir apoyo de **Web Cash Manager**.
>
> Llame al 756-9130 ó 1-888-756-9130

### *Depósitos*

#### *Hojas de Depósito*

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-01 | 440112508 | Depósito | 7,519.65 |
| | | *01 Total de hojas de depósito* | **$7,519.65** |

#### *Otros Créditos*

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-17 | 60006535520 | Depósito    Transfer Id | 165.96 |
| | | Prorama Inc    Acct Trans | |
| 09-29 | | Cheque Devuelto SF 00000002229 | 53.73 |
| | | *02 Total de otros depósitos* | **219.69** |
| | | *03 Total de depósitos* | **$7,739.34** |

### *Retiros*

#### *Cheques Pagados*

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00002221 | 09-02 | 220311772 | 243.78 | 00002238 | 09-08 | 282036801 | 209.44 |
| 00002223 | 09-03 | 282015773 | 258.76 | 00002239 | 09-09 | 282021431 | 271.50 |
| 00002224 | 09-01 | 282011887 | 252.94 | 00002240 | 09-09 | 282021398 | 305.67 |
| 00002229 | 09-29 | 110801686 | 53.73 | 00002244 | 09-07 | 220027000 | 740.46 |
| 00002230 | 09-08 | 282034770 | 296.59 | 00002246 | 09-08 | 282034769 | 215.94 |
| 00002232 | 09-01 | 282014575 | 362.67 | 00002247 | 09-07 | 220027001 | 320.86 |
| 00002235 | 09-08 | 282035857 | 998.96 | 00002250 | 09-08 | 282034776 | 368.32 |
| 00002236 | 09-07 | 220622251 | 243.78 | 08002251 | 09-02 | 111003379 | 1,264.78 |
| 00002237 | 09-07 | 220622156 | 244.98 | | | | |
| | | | | | | *17 Cheques Pagados* | **$6,653.16** |

ACG40104-0900026800

FLEXICUENTA DE NEGOCIOS

Número de Cuenta
**162-120397**

PRORAMA INC

## Retiros (continuación)

### Otros Débitos

| Fecha | Referencia | Descripción | | Cantidad |
|---|---|---|---|---|
| 09-03 | 46003392408 | Pago Prorama Inc | -sett-proramain Nómina | 1,471.04 |
| 09-03 | 46003392407 | Pago Prorama Inc | -sett-proramain Wage Reten | 818.49 |
| 09-15 | 58005964479 | Pago Prorama Inc | Transfer Id Acct Trans | 159.00 |
| 09-15 | 58005854436 | Cargo EFT Pagado SF | | 15.00 |
| 09-29 | 110801686 | Cargo Cheque Devuelto SF | | 15.00 |
| 09-30 | | Cargo Finan por Sobregiro | | 0.16 |
| | | 06 Total de otros retiros | | $2,478.69 |
| | | 23 Total de retiros | | $9,131.85 |

## Cargos por Servicios

| Descripción | Cargos por Unidad | Cantidad |
|---|---|---|
| Mantenimiento FlexiCheques | | 0.00 |
| 01 Hojas de Depósito | | |
| 17 Cheque Pagados | | |
| 00 Transacciones en Exceso de 35 | 0.50 | 0.00 |
| Servicios Comerciales GRUPO: 3673 | | 135.14 |
| Total de Cargos para este Período | | $135.14 |
| **Balance Final** | | **$27.31** |

## Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 09-01 | 8,459.00 | 8,459.00 | 09-17 | 42.47 | 42.47 |
| 09-02 | 6,950.44 | 6,950.44 | 09-20 | 42.47 | 42.47 |
| 09-03 | 4,402.15 | 4,402.15 | 09-21 | 42.47 | 42.47 |
| 09-07 | 2,852.07 | 2,852.07 | 09-22 | 42.47 | 42.47 |
| 09-08 | 762.82 | 762.82 | 09-23 | 42.47 | 42.47 |
| 09-09 | 185.65 | 185.65 | 09-24 | 42.47 | 42.47 |
| 09-10 | 185.65 | 185.65 | 09-27 | 42.47 | 42.47 |
| 09-13 | 185.65 | 185.65 | 09-28 | 42.47 | 42.47 |
| 09-14 | 185.65 | 185.65 | 09-29 | 27.47 | 27.47 |
| 09-15 | 123.49- | 123.49- | 09-30 | 27.31 | 27.31 |
| 09-16 | 123.49- | 123.49- | | | |

Su balance mínimo durante este período fue: $ 123.49-


PRORAMA INC

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.

| | |
|---|---|
| 002221<br>PRORAMA, INC.<br>PAYROLL ACCOUNT<br>$243.78<br>DATE 8-27-10  AMOUNT $243.78<br>PRORAMA, INC.<br>José A. López<br>0220311772    09/02/10    243.78 | 002224<br>PRORAMA, INC.<br>PAYROLL ACCOUNT<br>$252.94<br>DATE 8-27-10  AMOUNT $252.94<br>Alexis Costales<br>0282011887    09/01/10    252.94 |
| 002232<br>PRORAMA, INC.<br>PAYROLL ACCOUNT<br>$362.67<br>DATE 8-27-10  AMOUNT $362.67<br>Javier Quiles<br>0282014575    09/01/10    362.67 | 002236<br>PRORAMA, INC.<br>PAYROLL ACCOUNT<br>$243.78<br>DATE 9-1-10  AMOUNT $243.78<br>José A. López<br>0220622251    09/07/10    243.78 |
| 002237<br>PRORAMA, INC.<br>PAYROLL ACCOUNT<br>$244.98<br>DATE 9-1-10  AMOUNT $244.98<br>Waldemar Rodríguez<br>0220622156    09/07/10    244.98 | 002239<br>PRORAMA, INC.<br>PAYROLL ACCOUNT<br>$271.50<br>DATE 9-1-10  AMOUNT $271.50<br>Alexis Costales<br>0282021431    09/09/10    271.50 |
| 002240<br>PRORAMA, INC.<br>PAYROLL ACCOUNT<br>$305.67<br>DATE 9-1-10  AMOUNT $305.67<br>Andrés Morales<br>0282021398    09/09/10    305.67 | 002244<br>PRORAMA, INC.<br>PAYROLL ACCOUNT<br>$740.46<br>DATE 9-1-10  AMOUNT $740.46<br>Gerardo Irizarry<br>0220027000    09/07/10    740.46 |
| 002247<br>PRORAMA, INC.<br>PAYROLL ACCOUNT<br>$320.86<br>DATE 9-1-10  AMOUNT $320.86<br>Ramón Padua<br>0220027001    09/07/10    320.86 | 002251<br>PRORAMA, INC.<br>PAYROLL ACCOUNT<br>$1,264.78<br>DATE 9-1-10  AMOUNT $1,264.78<br>PRORAMA, INC. DEP CUENTA DE IMPUESTOS<br>0111003379    09/02/10    1,264.78 |



**BANCO POPULAR** ®

PRORAMA INC                                              162-120397     PAGINA 6

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.



0282015773     09/03/10          258.76



0282034770     09/08/10          296.59



0282035857     09/08/10          998.96



0282036801     09/08/10          209.44



0282034769     09/08/10          215.94

0282034776     09/08/10          368.32

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: __Prorama Inc.__   Case Number: __10 - 06881 - 11__

Reporting Period beginning __9/1/10__   Period ending __9/30/10__

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: __BPPR__   BRANCH: __Jayuya__

ACCOUNT NAME: __Prorama In. Servic. Ctr.__ ACCOUNT NUMBER: __162-120389__

PURPOSE OF ACCOUNT: _____OPERATING_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ — 0 — |
| Plus Total Amount of Outstanding Deposits | $ — 0 — |
| Minus Total Amount of Outstanding Checks and other debits | $ — 0 — * |
| Minus Service Charges | $ — 0 — |
| Ending Balance per Check Register | $ — 0 — **(a) |

*Debit cards are used by_____

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: _Prorama, Inc._    Case Number: _10 - 06881 - 11_

Reporting Period beginning _9/1/10_    Period ending _9/30/10_

NAME OF BANK: _BPP Rico_    BRANCH: _Jauuca_

ACCOUNT NAME: _Prorama, Inc. Cuenta General_

ACCOUNT NUMBER: _162 - 120389_

PURPOSE OF ACCOUNT: _____ OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| 9/15/ | | Sec. Hda | IVU Julio | 4401⁰⁰ |
| 9/15/ | | Sec. Hda | IVU Agosto | 3008⁰⁰ |
| 9/13/ | | BPPR | Carpos bancario | 30⁰⁰ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL    $ 7439⁰⁰



## BANCO POPULAR.

PRORAMA INC
CUENTA GENERAL
PO BOX 363
JAYUYA PR 00664-0363

50

### FLEXICUENTA DE NEGOCIOS

Página 1

Número de Cuenta
**162-120389**

| PRORAMA INC |

# Resumen de su FlexiCuenta

## ▊ FlexiCheques

| | | |
|---|---|---|
| Balance inicial | | $0.00 |
| 07 Depósitos | + | 29,831.96 |
| 09 Retiros | - | 29,831.96 |
| Cargos por Servicios | - | 0.00 |
| *Balance Final* | | $0.00 |

> **TELEBANCO COMERCIAL** le ofrece la forma mas rápida y eficiente de obtener información de sus cuentas comerciales sin tener que visitar o llamar a la sucursal.
>
> Usted puede obtener información de:
>
> - Balances en sus cuentas
> - Balance en FlexiLínea
> - Cheques pagados
> - 10 últimos depósitos
> - Préstamos comerciales

# Detalle de la actividad de su FlexiCuenta

## ▊ FlexiCheques

| *Balance inicial* | $0.00 |

> A través de TeleBanco Comercial también puede accesar TelePago (solo clientes con tarjeta ATH), y recibir apoyo de Web Cash Manager.
>
> Llame al 756-9130 ó 1-888-756-9130

## *Depósitos*

### *Hojas de Depósito*

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-10 | 220412804 | Depósito | 7,409.00 |
| 09-15 | 220502822 | Depósito | 7,409.00 |
| | | *02 Total de hojas de depósito* | **$14,818.00** |

### *Otros Créditos*

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-13 | | EFT Payment Devuelto SF | 4,401.00 |
| 09-13 | | EFT Payment Devuelto SF | 3,008.00 |
| 09-15 | 58005964480 | Depósito Transfer Id<br>Prorama Inc Acct Trans | 7,250.00 |
| 09-15 | 58005964478 | Depósito Transfer Id<br>Prorama Inc Acct Trans | 159.00 |
| 09-15 | 162000013 | Pago | 195.96 |
| | | *05 Total de otros depósitos* | **15,013.96** |
| | | *07 Total de depósitos* | **$29,831.96** |

## *Retiros*

### *Otros Débitos*

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-13 | 1000224 | Cheque Depositado Devuelto | 7,409.00 |
| 09-13 | 53004993767 | Pago Xxxxxx6584<br>Dept de Hacienda | 4,401.00 |
| 09-13 | 53004993767 | Cargo EFT Devuelto SF | 15.00 |
| 09-13 | 53004994245 | Pago Xxxxxx7082<br>Dept de Hacienda | 3,008.00 |
| 09-13 | 53004994245 | Cargo EFT Devuelto SF | 15.00 |


**BANCO POPULAR**

Desde:
01 de septiembre de 2010
Hasta:
29 de septiembre de 2010

FLEXICUENTA DE NEGOCIOS

Página 2

Número de Cuenta
162-120389

PRORAMA INC

## Retiros (continuación)

### Otros Débitos (continuación)

| Fecha | Referencia | Descripción | Cantidad |
|-------|-----------|-------------|----------|
| 09-15 | 90600465 | Pago          Xxxxxx6584<br>Dept de Hacienda Pago Ivu | 4,401.00 |
| 09-15 | 90600464 | Pago          Xxxxxx7082<br>Dept de Hacienda Pago Ivu | 3,008.00 |
| 09-16 | 1000329 | Cheque Depositado Devuelto | 7,409.00 |
| 09-17 | 60006535521 | Pago          Transfer Id<br>Prorama Inc     Acct Trans | 165.96 |
| | | **09 Total de otros retiros** | **$29,831.96** |
| | | **09 Total de retiros** | **$29,831.96** |
| | | **Balance Final** | **$0.00** |

## Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|-------|-------------------|---------------------|-------|-------------------|---------------------|
| 09-01 | 0.00 | 0.00 | 09-16 | 165.96 | 165.96 |
| 09-02 | 0.00 | 0.00 | 09-17 | 0.00 | 0.00 |
| 09-03 | 0.00 | 0.00 | 09-20 | 0.00 | 0.00 |
| 09-07 | 0.00 | 0.00 | 09-21 | 0.00 | 0.00 |
| 09-08 | 0.00 | 0.00 | 09-22 | 0.00 | 0.00 |
| 09-09 | 0.00 | 0.00 | 09-23 | 0.00 | 0.00 |
| 09-10 | 7,409.00 | 7,409.00 | 09-24 | 0.00 | 0.00 |
| 09-13 | 30.00- | 30.00- | 09-27 | 0.00 | 0.00 |
| 09-14 | 30.00- | 30.00- | 09-28 | 0.00 | 0.00 |
| 09-15 | 7,574.96 | 7,574.96 | 09-29 | 0.00 | 0.00 |

**Su balance mínimo durante este período fue: $30.00-**

**Su cargo por financiamiento de sobregiro se calcula de la siguiente manera:**

| Tasa periódica diaria<br>0.000000000% | X | Días en sobregiro<br>2 | X | Sobregiro promedio diario<br>$0.00 | = | Cargo por financiamiento*<br>$0.00 |
|---|---|---|---|---|---|---|

La tasa porcentual anual es 00.0000%
*Los cargos por financiamiento de sobregiro se presentan en la sección de Otros Débitos o en la sección de Cargos pendientes.

Para el cargo de financiamiento de sobregiro se utiliza el balance disponible siempre que el balance en libros sea menor de $0.00. Si mantiene balance en libros mayor de $0.00 evita cargos por sobregiro.

**ATTACHMENT 4B**

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: Programa Inc DIP cta. Case Number: 10-06881-11
Nomina

Reporting Period beginning 9/1/10 Period ending 9/30/10

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: BPP Rico BRANCH: Bayamon

ACCOUNT NAME: Programa Inc DIP cta. Nomina ACCOUNT NUMBER: 163-144687
PURPOSE OF ACCOUNT: PAYROLL

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | 1471.12 |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| 9/1/ | 1638.25 | Dept Hdo. | Inc Tx ret | Banco no programó pagos do ck. Imp.ts |
| 9/30/ | 888.06 | IRS | FICA, Med. | Banco no programó pagos do ck. Imp.ts |
| 9/20/ | 160 | Asume | | Banco no programó paga " " " |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: Prorama, Inc       Case Number: 10-06881-11

Reporting Period beginning  9/1/10       Period ending  9/30/10

NAME OF BANK: BPP Rico       BRANCH: Jayuya

ACCOUNT NAME: Prorama, Inc. DIP cta Nomina

ACCOUNT NUMBER:  162-144687

PURPOSE OF ACCOUNT:       PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc. In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|-------------|-------|---------|--------|
| 9/ | | Vea anejo | Nomina | 8640.59 |
| 9/16 | | | Nomina - Dep. direco to | 1485.17 |
| 9/24 | | | Nomina - Dep. directo | 1443.25 |
| 9/15 | | Secr Hda | Income Tx Retenido | 1638.25 |
| 9/24 | | IRS | FICA Medicare | 8882.06 |
| 9/27 | | QSUME | QSUME | 160.00 |
| | | | | |
| | | | Cargos banc. | 60.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                    $ 22309.32


**BANCO POPULAR**

## Estado Bancario

Desde:
| 01 de septiembre de 2010 |

Hasta:
| 30 de septiembre de 2010 |

30C

PRORAMA INC DIP CTA NOMINA 26630
PO BOX 363
JAYUYA PR 00664-0363

## FLEXICUENTA DE NEGOCIOS

Página 1

Número de Cuenta
**162-144687**

| PRORAMA INC DIP CTA NOMINA |

# Resumen de su FlexiCuenta

## ■ FlexiCheques

| | | |
|---|---|---|
| Balance Inicial | | $0.00 |
| 05 Depósitos | + | 23,976.40 |
| 44 Retiros | - | 22,495.28 |
| Cargos por Servicios | - | 10.00 |
| **Balance Final** | | **$1,471.12** |

> TELEBANCO COMERCIAL le ofrece la forma mas rápida y eficiente de obtener información de sus cuentas comerciales sin tener que visitar o llamar a la sucursal.
>
> Usted puede obtener información de:
>
> - Balances en sus cuentas
> - Balance en FlexiLínea
> - Cheques pagados
> - 10 últimos depósitos
> - Préstamos comerciales

# Detalle de la actividad de su FlexiCuenta

## ■ FlexiCheques          Balance inicial          $0.00

> A través de TeleBanco Comercial también puede accesar TelePago (solo clientes con tarjeta ATH), y recibir apoyo de Web Cash Manager.
>
> Llame al 756-9130 ó 1-888-756-9130

## Depósitos

### Hojas de Depósito

| Fecha | Referencia | Descripción | Cantidad |
|---|---|---|---|
| 09-08 | 440105455 | Depósito | 2,449.60 |
| 09-23 | 220603876 | Depósito | 5,021.51 |
| | | **02 Total de hojas de depósito** | **$7,471.11** |

### Otros Créditos

| Fecha | Referencia | Descripción | | Cantidad |
|---|---|---|---|---|
| 09-14 | 57005586876 | Depósito Prorama Inc | Transfer Id Acct Trans | 4,000.00 |
| 09-15 | 162000013 | Pago | | 3,000.00 |
| 09-16 | 59006297515 | Depósito Prorama Inc | Transfer Id Acct Trans | 9,505.29 |
| | | **03 Total de otros depósitos** | | **16,505.29** |
| | | **05 Total de depósitos** | | **$23,976.40** |

## Retiros

### Cheques Pagados

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00001010 | 09-14 | 282022362 | 207.49 | 00001017 | 09-28 | 220150046 | 229.26 |
| 00001011 | 09-13 | 220709602 | 207.25 | 00001018 | 09-17 | 220411018 | 142.00 |
| 00001012 | 09-21 | 282019637 | 179.02 | 00001018 | 09-28 | 220150072 | 275.16 |
| 00001013 | 09-13 | 111021520 | 93.24 | 00001019 | 09-09 | 110820172 | 247.28 |
| 00001014 | 09-14 | 282017359 | 112.02 | 00001019 | 09-29 | 282017835 | 259.63 |
| 00001015 | 09-09 | 110506147 | 269.53 | 00001020 | 09-10 | 110611786 | 200.86 |
| 00001016 | 09-09 | 110820157 | 209.14 | 00001020 | 09-28 | 220150065 | 314.82 |
| 00001017 | 09-13 | 111024374 | 105.12 | 00001021 | 09-09 | 110506138 | 199.77 |



**BANCO POPULAR**

Desde:
01 de septiembre de 2010
Hasta:
30 de septiembre de 2010

FLEXICUENTA DE NEGOCIOS

Página 2

Número de Cuenta
**162-144687**

PRORAMA INC DIP CTA NOMINA

## Retiros (continuación)

### Cheques Pagados

| Número de Cheque | Fecha | Referencia | Cantidad | Número de Cheque | Fecha | Referencia | Cantidad |
|---|---|---|---|---|---|---|---|
| 00001022 | 09-14 | 282013266 | 231.75 | 00001029 | 09-23 | 110524123 | 740.46 |
| 00001023 | 09-21 | 282019639 | 998.96 | 00001054 | 09-28 | 282023236 | 409.66 |
| 00001024 | 09-21 | 220707529 | 243.78 | 00001055 | 09-30 | 110803330 | 303.32 |
| 00001025 | 09-20 | 110616252 | 244.98 | 00001056 | 09-24 | 110108787 | 410.12 |
| 00001026 | 09-24 | 282011408 | 210.14 | 00001057 | 09-28 | 282017244 | 409.29 |
| 00001027 | 09-21 | 282029987 | 321.00 | 00001060 | 09-23 | 220502509 | 386.48 |
| 00001028 | 09-17 | 220501571 | 374.99 | 00001061 | 09-21 | 282024877 | 300.03 |

|  |  |  | *30 Cheques Pagados* |  |  |  | **$8,836.55** |

### Otros Débitos

| Fecha | Referencia | Descripción | | Cantidad |
|---|---|---|---|---|
| 09-15 | 1128150910 | Compra de Cheque O Giro | | 40.00 |
| 09-15 | 1108150910 | Compra de Cheque O Giro | | 10.00 |
| 09-15 | 58006105249 | Pago Prorama Inc -sett-proramain Taxpayment | *One Tx* | 326.06 |
| 09-15 | 58006105247 | Pago Prorama Inc -sett-proramain Taxpayment | *One Tx* | 301.32 |
| 09-15 | 58006105251 | Pago Prorama Inc -sett-proramain Taxpayment | *One Tx* | 272.79 |
| 09-15 | 58006105253 | Pago Prorama Inc -sett-proramain Taxpayment | *One Tx* | 243.62 |
| 09-15 | 58006105252 | Pago Prorama Inc -sett-proramain Taxpayment | *One Tx* | 192.15 |
| 09-15 | 58006105248 | Pago Prorama Inc -sett-proramain Taxpayment | *One T,* | 155.83 |
| 09-15 | 58006105250 | Pago Prorama Inc -sett-proramain Taxpayment | *One Ty* | 146.48 |
| 09-16 | 59006395568 | Pago Prorama Inc -sett-proramain Nómina | | 1,485.17 |
| 09-24 | 67007986468 | Pago Prorama Inc -sett-proramain Nómina | | 1,443.25 |
| 09-24 | 67007986870 | Pago Prorama Inc -sett-proramain Taxpayment | *FIC, Med.* | 1,015.02 |
| 09-27 | 70008294566 | Pago Prorama Inc -sett-proramain Wage Reten | | 160.00 |
| 09-30 | 73009669107 | Pago Prorama Inc -sett-proramain Taxpayment | *FIC - Med.* | 7,867.04 |

|  |  | *14 Total de otros retiros* | **$13,658.73** |
|  |  | *44 Total de retiros* | **$22,495.28** |

## Cargos por Servicios

| Descripción | | Cargos por Unidad | | Cantidad |
|---|---|---|---|---|
| Mantenimiento FlexiCheques | | | | 10.00 |
| 02 Hojas de Depósito | | | | |
| 30 Cheque Pagados | | | | |
| 00 Transacciones en Exceso de | 35 | | 0.50 | 0.00 |

|  |  | *Total de Cargos para este Período* | **$10.00** |

**BANCO POPULAR**®

Desde:
01 de septiembre de 2010
Hasta:
30 de septiembre de 2010

FLEXICUENTA DE NEGOCIOS

Página 3

Número de Cuenta
**162-144687**

PRORAMA INC DIP CTA NOMINA

## *Balance Final* $1,471.12

### *Historial de Balance Diario*

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|-------|-------------------|---------------------|-------|-------------------|---------------------|
| 09-01 | 0.00 | 0.00 | 09-17 | 13,181.03 | 13,181.03 |
| 09-02 | 0.00 | 0.00 | 09-20 | 12,936.05 | 12,936.05 |
| 09-03 | 0.00 | 0.00 | 09-21 | 10,893.26 | 10,893.26 |
| 09-07 | 0.00 | 0.00 | 09-22 | 10,893.26 | 10,893.26 |
| 09-08 | 2,449.60 | 2,176.60 | 09-23 | 14,787.83 | 14,787.83 |
| 09-09 | 1,523.88 | 1,250.88 | 09-24 | 11,709.30 | 11,709.30 |
| 09-10 | 1,323.02 | 1,323.02 | 09-27 | 11,549.30 | 11,549.30 |
| 09-13 | 917.41 | 917.41 | 09-28 | 9,911.11 | 9,911.11 |
| 09-14 | 4,366.15 | 4,366.15 | 09-29 | 9,651.48 | 9,651.48 |
| 09-15 | 5,677.90 | 5,677.90 | 09-30 | 1,471.12 | 1,471.12 |
| 09-16 | 13,698.02 | 13,698.02 | | | |

**Su balance mínimo durante este período fue: $917.41**

*Su próximo estado será el 29 de octubre de 2010*

AD9N0K4.000026630



# Estado Bancario

## FLEXICUENTA DE NEGOCIOS

Página 4

Número de Cuenta
**162-144687**

| PRORAMA INC DIP CTA NOMINA |

---

### ERRORES O PREGUNTAS SOBRE SU ESTADO DE CUENTA

Debemos recibir su reclamación dentro de los 15 días siguientes al envío del estado de cuenta indicando cualquier error, transacción no autorizada o cualquier falsificación o alteración de los efectos girados contra su Cuenta en el ciclo correspondiente. Favor de llamarnos a TELEBANCO COMERCIAL a los siguientes teléfonos: 756- 9130 (área metropolitana), 1- 888- 756- 9130 (fuera del área metropolitana);

BANCO POPULAR
INVESTIGACIONES Y AJUSTES (629)
PO BOX 362708
SAN JUAN PR 00936-2708

---

### CARGOS POR FINANCIAMIENTO

El Cargo por Financiamiento se computa sumando un diferencial al "Prime Rate" y el resultado se divide entre 360. Esa Tasa Periódica Diaria se multiplica por el Balance Promedio Diario y el producto por el número de días en el período de facturación. Este balance se determina sumando los balances adeudados durante cada día dentro del periodo de facturación y dividiendo la suma entre el número de días en dicho periodo.

---

### AVISO

El crédito por cheques depositados será provisional hasta el recibo del pago de los mismos.

---

### ERROR OR QUESTIONS ABOUT YOUR ACCOUNT STATEMENT

*We must receive your claim, within 15 days following the mailing of the account statement, indicating any error, non authorized transaction, or any forgery or alteration of the items drawn against your Account in the corresponding cycle. Please call COMMERCIAL TELEBANK at the following telephone numbers: 756- 9130 (metropolitan area), 1-888-756-9130 (outside metropolitan area);*

*BANCO POPULAR*
*RESEARCH AND ADJUSTMENTS (629)*
*PO BOX 362708*
*SAN JUAN PR 00936-2708*

---

### FINANCE CHARGES

*The Finance Charge is computed by adding a differential to the Prime Rate and dividing the result by 360. That Daily Periodic Rate is multiplied by the Average Daily Balance and the result by the number of days included within the billing cycle. This balance is determined by adding the unpaid daily balances within each billing cycle and dividing the total by the number of days in each cycle.*

---

### NOTICE

*Credit for deposited checks is provisional until payment of such checks is received.*

---

**Importante -** *Important*
Para su protección, favor de verificar su balance, para lo cual le sugerimos seguir el procedimiento a continuación:

*For your protection, please verify your balance. We suggest you follow the procedure outlined below.*

1. Compare las trasacciones de este estado contra su talonario. Reste los cargos y/o pagos a la Reserva, si aplica.
*Check the transactions against stub in checkbook. Subtract any charges and/or payments to your Reserve, if applicable.*

2. En la columna a la derecha, anote las transacciones pendientes a la fecha de este estado.
*List in column at right all outstanding transactions for this statement period.*

### Transacciones pendientes de pago
*Outstanding transactions*

| Número<br>Number | Cantidad<br>Amount |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**TOTAL**

3. Anote el balance final del estado - *Enter final balance from statement*

4. Añada los depósitos efectuados después de la fecha de este estado. - *Add deposits made after date of statement.*

**SUBTOTAL**

5. Reste el total de transacciones pendientes. *Subtract total of outstanding transactions.*

Este debe ser el balance en su talonario. - *Your checkbook should show this balance.*

**TOTAL**


Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HH2 CARR 144
JAYUYA PR 00664                          1010

Páguese a la orden de      9-8-10      Fecha
Pay to the order of        José A López      Date

$ 207.49

Doscientos siete ................... 49/100      Dollars

BANCO POPULAR

Por Nómina 9-4-10
696 289

0282022362    09/14/10    207.49

---

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HH2 CARR 144
JAYUYA PR 00664                          1011

9-8-10      Fecha
Páguese a la orden de                    Date
Pay to the order of    Waldimar Rodríguez

$ 207.25

Doscientos siete ................. 25/100      Dollars

BANCO POPULAR

Nómina 9-4-10

0220709602    09/13/10    207.25

---

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HH2 CARR 144
JAYUYA PR 00664                          1013

9-8-10      Fecha
Páguese a la orden de                    Date
Pay to the order of    Alexia Costales

$ 93.24

Noventa y tres ................. 24/100      Dollars

BANCO POPULAR

Por Nómina 9-4-10

0111021520    09/13/10    93.24

---

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HH2 CARR 144
JAYUYA PR 00664                          1014

9-8-10      Fecha
Páguese a la orden de                    Date
Pay to the order of    Andrés Morales

$ 112.02

Ciento doce ................. 02/100      Dollars

BANCO POPULAR

Por Nómina 9-4-10

0282017359    09/14/10    112.02

---

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HH2 CARR 144
JAYUYA PR 00664                          1015

9-8-10      Fecha
Páguese a la orden de                    Date
Pay to the order of    Javier A Collazo

$ 269.53

Doscientos ?????? ................. 53/100      Dollars

BANCO POPULAR
162-144687

Por Nómina 9-4-10

0110506147    09/09/10    269.53

---

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HH2 CARR 144
JAYUYA PR 00664                          1016

9-8-10      Fecha
Páguese a la orden de                    Date
Pay to the order of    Jorge F Cruz

$ 209.14

Doscientos nueve ................. 066 14/100      Dollars

BANCO POPULAR

Por Nómina 9-4-10

0110820157    09/09/10    209.14

---

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HH2 CARR 144
JAYUYA PR 00664                          1017

9-22-10      Fecha
Páguese a la orden de                    Date
Pay to the order of    José A López

$ 229.26

Doscientos veintinueve ................. 26/100      Dollars

BANCO POPULAR

Por Nómina 9-18-10

0220150046    09/28/10    229.26

---

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HH2 CARR 144
JAYUYA PR 00664                          1017

9-8-10      Fecha
Páguese a la orden de                    Date
Pay to the order of    Luis D González

$ 105.12

Ciento cinco ................. 12/100      Dollars

BANCO POPULAR

Por Nómina 9-4-10

0111024374    09/13/10    105.12

---

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HH2 CARR 144
JAYUYA PR 00664                          1018

9-22-10      Fecha
Páguese a la orden de                    Date
Pay to the order of    Waldimar Rodríguez

$ 275.16

Doscientos setenta y cinco ........ 16/100      Dollars

BANCO POPULAR

Por Nómina 9-18-10

0220150072    09/28/10    275.16

---

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HH2 CARR 144
JAYUYA PR 00664                          1018

9-8-10      Fecha
Páguese a la orden de                    Date
Pay to the order of    Fernando Meléndez

$ 142.00

Ciento cuarenta y dos ........... 00/100      Dollars

BANCO POPULAR

Por Nómina 9-4-10

0220411018    09/17/10    142.00



# BANCO POPULAR®

PRORAMA INC DIP CTA NOMINA

162-144687    PAGINA 6

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.

---

**Check 1019**
PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HM 2 CARR 144
JAYUYA PR 00664
9-8-10
$ 247.28
Ramón Padua
BANCO POPULAR®
Para Nómina 9-4-10

0110820172    09/09/10    247.28

**Check 1020**
PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HM 2 CARR 144
JAYUYA PR 00664
SEP 10 2010
9-8-10
$ 200.86
Páguese a la orden de Javier Gómez
Doscientos .......... 86/100
BANCO POPULAR®
Para Nómina 9-4-10

0110611786    09/10/10    200.86

**Check 1024**
PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HM 2 CARR 144
JAYUYA PR 00664
9-14-10
$ 243.78
Páguese a la orden de José A López
Doscientos cuarenta y tres .......... 78/100
BANCO POPULAR®
Para Nómina 9-11-10

0220707529    09/21/10    243.78

**Check 1027**
PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HM 2 CARR 144
JAYUYA PR 00664
9-14-10
$ 321.00
Páguese a la orden de Alexis Costales
Trescientos veintiuno .......... 00/100
BANCO POPULAR®
Para Nómina 9-11-10

0282029987    09/21/10    321.00

**Check 1029**
PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HM 2 CARR 144
JAYUYA PR 00664
9-14-10
$ 740.46
Páguese a la orden de Gerardo Irizarry
Setecientos cuarenta .......... 46/100
BANCO POPULAR®
Para Nómina 9-11-10

0110524123    09/23/10    740.46

**Check 1020**
PRORAMA INC DIP CTA NOMINA
9-23-10
$ 314.82
Páguese a la orden de Alexis Costales
Trescientos catorce .......... 82/100
BANCO POPULAR®
Para Nómina 9-16-10

0220150065    09/28/10    314.82

**Check 1021**
PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HM 2 CARR 144
JAYUYA PR 00664
9-8-10
$ 199.77
Páguese a la orden de Pedro Soto
Ciento noventa y nueve .......... 77/100
BANCO POPULAR®
Para Nómina 9-4-10

0110506138    09/09/10    199.77

**Check 1025**
PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HM 2 CARR 144
JAYUYA PR 00664
9-14-10
$ 244.98
Páguese a la orden de Waldemar Rodríguez
Doscientos cuarenta y cuatro .......... 98/100
BANCO POPULAR®
Para Nómina 9-11-10

0110616252    09/20/10    244.98

**Check 1028**
PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HM 2 CARR 144
JAYUYA PR 00664
9-14-10
$ 374.99
Páguese a la orden de Anderson Costales
Trescientos setenta y cuatro .......... 99/100
BANCO POPULAR®

0220501571    09/17/10    374.99

**Check 1054**
PRORAMA INC DIP CTA NOMINA
9-23-10
$ 409.66
Páguese a la orden de Andrea Morales
Cuatrocientos nueve .......... 66/100
BANCO POPULAR®
Para Nómina 9-18-10

0282023236    09/28/10    409.66



# BANCO POPULAR®

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.

---

PRORAMA DIP CTA NOMINA      1055

Fecha Date   9-23-10

Páguese a la órden de
Pay to the order of    Fernando Meléndez    $ 303.32

Trescientos tres ................ 32/100   Dólares Dollars

**BANCO POPULAR®**
BANCO POPULAR DE PUERTO RICO

Por   Nómina 9-18-10

1055    ⑈000000303232⑈

0110803330    09/30/10     303.32

---

PRORAMA DIP CTA NOMINA      1056

Fecha Date   9-23-10

Páguese a le órden de
Pay to the order of    Ramón Fragua    $ 410.12

Cuatrocientos diez ........ 12/100   Dólares Dollars

**BANCO POPULAR®**
BANCO POPULAR DE PUERTO RICO

Por   Nómina 9-18-10

1056    ⑈000004,1012⑈

0110108787    09/24/10     410.12

---

PRORAMA INC DIP CTA NOMINA      1060

Fecha Date   9-14-10

Páguese a la órden de
Pay to the order of    Ramón Fragua    $ 386.48

Trescientos ochenta y seis ......... 48/100   Dólares Dollars

**BANCO POPULAR®**
BANCO POPULAR DE PUERTO RICO

Por   Nómina 9-11-10

1060    ⑈000003064B⑈

0220502509    09/23/10     386.48



**BANCO POPULAR**®

PRORAMA INC DIP CTA NOMINA        162-144687    PAGINA 8

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.

---

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HM 2 CARR 144
JAYUYA PR 00664       1012

VEGACOOP    SEP 17 2010    TELLER 203

Páguese a la orden de / Pay to the order of: Robbie Santiago    $ 179.02

Ciento setenta y nueve ........................... 02/100 Dólares / Dollars

**BANCO POPULAR**®
BANCO POPULAR DE PUERTO RICO

Por: Nómina 9-4-10

0282019637    09/21/10     179.02

---

PRORAMA INC DIP CTA NOMINA            1019

Fecha / Date: 9-23-10

Páguese a la orden de / Pay to the order of: Robbie Santiago    $ 259.63

Doscientos cincuenta y nueve ...... 63/100 Dólares / Dollars

**BANCO POPULAR**®
BANCO POPULAR DE PUERTO RICO

Por: Nómina 9-16-10

0282017835    09/29/10     259.63

---

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HM 2 CARR 144
JAYUYA PR 00664       1022

9-8-10   Fecha / Date

Páguese a la orden de / Pay to the order of: Julio C Vera    $ 231.75

Doscientos treinta y uno ................. 75/100 Dólares / Dollars

**BANCO POPULAR**®
BANCO POPULAR DE PUERTO RICO

Por: Nómina 9-4-10

0282013266    09/14/10     231.75

---

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HM 2 CARR 144
JAYUYA PR 00664       1023

VEGACOOP    SEP 17 2010    TELLER 201

Páguese a la orden de / Pay to the order of: Sigfredo Orama González    $ 998.96

Novecientos noventa y ocho ........... 96/100 Dólares / Dollars

**BANCO POPULAR**®
BANCO POPULAR DE PUERTO RICO

Por: Semana 9-17-10

0282019639    09/21/10     998.96

---

PRORAMA INC DIP CTA NOMINA
BO JAYUYA ABAJO
KM 1 HM 2 CARR 144
JAYUYA PR 00664       1026

9-14-10   Fecha / Date

Páguese a la orden de / Pay to the order of: Robbie Santiago    $ 210.14

Doscientos diez ................. 14/100 Dólares / Dollars

**BANCO POPULAR**®
BANCO POPULAR DE PUERTO RICO

Por: Nómina 9-11-10

0282011408    09/24/10     210.14

---

PRORAMA INC DIP CTA NOMINA            1057

Fecha / Date: 9-23-10

Páguese a la orden de / Pay to the order of: Julio C Vera    $ 409.29

Cuatrocientos nueve ............. 29/100 Dólares / Dollars

**BANCO POPULAR**®
BANCO POPULAR DE PUERTO RICO

Por: 9-18-10

0282017244    09/28/10     409.29



# **BANCO POPULAR** ®

Certificamos que estas son copias fieles de sus cheques u otros efectos pagados en este estado.

---

PRORAMA INC DIP CTA NOMINA

1061
101-201/215

Fecha  9-14-10
Date

Páguese a la orden de    Julio C Vera
Pay to the order of

$ 300.03

Trescientos ..........................  03/100

Dólares
Dollars

**BANCO POPULAR** ®
BANCO POPULAR DE PUERTO RICO

Para    Nómina 9-11-10
For

⑆0 2 1 50 20 1 1 ⑈  1 6 2⑈ 1 4 4 6 8 7⑈  1061

---

0282024877      09/21/10      300.03

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: _Proxima, Inc._     Case Number: _10 - 0688 - 11_

Reporting Period beginning _9/1/10_     Period ending _9/30/10_

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A
standard bank reconciliation form can be found on the United States Trustee website,
http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _B.P.P.Rico_     BRANCH: _Jayuya_

ACCOUNT NAME: _Proxima IncDIP     Impuesto_     ACCOUNT NUMBER: _162 - 144695_

PURPOSE OF ACCOUNT: _TAX_

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | _1217_ |
| Plus Total Amount of Outstanding Deposits | $ | _—_ |
| Minus Total Amount of Outstanding Checks and other debits | $ | _—_ * |
| Minus Service Charges | $ | _—_ |
| Ending Balance per Check Register | $ | _1217_ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** _____

_____

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| 9/30 | 10°° | BPPR | Mantenimiento CH. | Cargos banco |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

 **BANCO POPULAR**.

PRORAMA INC DIP CTA IMPUESTOS<sup>13060</sup>
PO BOX 363
JAYUYA PR  00664-0363

FLEXICUENTA DE NEGOCIOS

Página 1

Número de Cuenta
**162-144695**

| PRORAMA INC DIP CTA IMPUESTOS |

## Resumen de su FlexiCuenta

### ▮ FlexiCheques

| | | | |
|---|---|---|---|
| Balance Inicial | | | $0.00 |
| 02 Depósitos | | + | 9,527.46 |
| 01 Retiros | | - | 9,505.29 |
| Cargos por Servicios | | - | 10.00 |
| | *Balance Final* | | **$12.17** |

## Detalle de la actividad de su FlexiCuenta

### ▮ FlexiCheques          Balance inicial                    $0.00

#### *Depósitos*

*Hojas de Depósito*

| Fecha | Referencia | Descripción | | Cantidad |
|---|---|---|---|---|
| 09-02 | 111003378 | Depósito | | 1,264.78 |
| | | *01 Total de hojas de depósito* | | **$1,264.78** |

*Otros Créditos*

| Fecha | Referencia | Descripción | | Cantidad |
|---|---|---|---|---|
| 09-14 | 57005586874 | Depósito       Transfer Id | | 8,262.68 |
| | | Prorama Inc     Acct Trans | | |
| | | *01 Total de otros depósitos* | | **8,262.68** |
| | | *02 Total de depósitos* | | **$9,527.46** |

#### *Retiros*

*Otros Débitos*

| Fecha | Referencia | Descripción | | Cantidad |
|---|---|---|---|---|
| 09-16 | 59006297516 | Pago       Transfer Id | | 9,505.29 |
| | | Prorama Inc     Acct Trans | | |
| | | *01 Total de otros retiros* | | **$9,505.29** |
| | | *01 Total de retiros* | | **$9,505.29** |

**TELEBANCO COMERCIAL** le ofrece la forma más rápida y eficiente de obtener información de sus cuentas comerciales sin tener que visitar o llamar a la sucursal.

Usted puede obtener información de:

- Balances en sus cuentas
- Balance en FlexiLínea
- Cheques pagados
- 10 últimos depósitos
- Préstamos comerciales

A través de TeleBanco Comercial también puede accesar TelePago (solo clientes con tarjeta ATH), y recibir apoyo de Web Cash Manager.

Llame al 756-9130 ó 1-888-756-9130


## FLEXICUENTA DE NEGOCIOS

Página 2

Número de Cuenta
**162-144695**

PRORAMA INC DIP CTA IMPUESTOS

### Cargos por Servicios

| Descripción | | Cargos por Unidad | Cantidad |
|---|---|---|---|
| Mantenimiento FlexiCheques | | | 10.00 |
| 01 Hojas de Depósito | | | |
| 00 Cheque Pagados | | | |
| 00 Transacciones en Exceso de | 35 | 0.50 | 0.00 |
| | | Total de Cargos para este Período | $10.00 |
| | | **Balance Final** | **$12.17** |

### Historial de Balance Diario

| Fecha | Cantidad en Libro | Cantidad Disponible | Fecha | Cantidad en Libro | Cantidad Disponible |
|---|---|---|---|---|---|
| 09-01 | 0.00 | 0.00 | 09-17 | 22.17 | 22.17 |
| 09-02 | 1,264.78 | 1,264.78 | 09-20 | 22.17 | 22.17 |
| 09-03 | 1,264.78 | 1,264.78 | 09-21 | 22.17 | 22.17 |
| 09-07 | 1,264.78 | 1,264.78 | 09-22 | 22.17 | 22.17 |
| 09-08 | 1,264.78 | 1,264.78 | 09-23 | 22.17 | 22.17 |
| 09-09 | 1,264.78 | 1,264.78 | 09-24 | 22.17 | 22.17 |
| 09-10 | 1,264.78 | 1,264.78 | 09-27 | 22.17 | 22.17 |
| 09-13 | 1,264.78 | 1,264.78 | 09-28 | 22.17 | 22.17 |
| 09-14 | 9,527.46 | 9,527.46 | 09-29 | 22.17 | 22.17 |
| 09-15 | 9,527.46 | 9,527.46 | 09-30 | 12.17 | 12.17 |
| 09-16 | 22.17 | 22.17 | | | |

| Su balance mínimo durante este período fue: $22.17 |

| Su próximo estado será el 29 de octubre de 2010 |

# ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: _Provema, Inc DIP Impuestos_ Case Number: _10-06651-11_

Reporting Period beginning _9/1/10_          Period ending _9/30/10_

NAME OF BANK: _BPPR_          BRANCH: _Jayuye_

ACCOUNT NAME: _____          ACCOUNT # _162-144695_

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| | | | _Cargo bancario_ | _100_ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL          _10.00_ (d)

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | _____ (a) |
| Sales & Use Taxes Paid | _____ (b) |
| Other Taxes Paid | _____ (c) |
| TOTAL | _____ (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

**ATTACHMENT 4D**

**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                    _____(a)

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                         $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**   $_____(c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: __Proyama, Inc__   Case Number: __10-06881-11__

Reporting Period beginning __9/1/10__   Period ending __9/30/10__

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| IRS | 10/15/10 | FICMed. | 2269.06 | 6/30/10 | 9/30/10 |
| Dep to Hda | 10/15/10 | Inc Tx | 1108.00 | 6/30/10 | 9/30/10 |
| Sec. Hda | 10/31/10 | Disab. | 8.32 | 6/30/10 | 9/30/10 |
| Sec. Hda | 10/31/10 | Chof. | 35.20 | 6/30/10 | 9/30/10 |
| Sec Hda | 10/31/10 | Desempleo | 34.47 | 6/30/10 | 9/30/10 |
| IRS | 10/31/10 | Des.Fral. | 5.11 | 6/30/10 | 9/30/10 |

TOTAL   $3460.16

## SUMMARY OF OFFICER OR OWNER COMPENSATION

### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### PERSONNEL REPORT

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.